United States District Court
Southern District of Texas
**ENTERED**
June 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RONNA RIPPLE, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:21-CV-00273 |
| FEDNAT INSURANCE COMPANY, | | |
| Defendant. | | |

## FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal (D.E. 13), the Court enters final judgment dismissing this action with prejudice.

ORDERED on June 13, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE